UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROY M. CALLAHAN, )
)
    Plaintiff, )
)    NO. CV-11-0251-JPH
vs. )
)    **JUDGMENT IN A**
MICHAEL J. ASTRUE, )    **CIVIL CASE**
Commissioner of Social Security, )
)
    Defendant. )
)
_____ )

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for a calculation of benefits.

Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

DATED this 2nd day of January, 2013.

                           SEAN F. McAVOY
                           Clerk of Court

                         By: s/Pamela A. Howard
                              Deputy Clerk

cc: all counsel